UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED 19-cv-00463 VAP (SPx) | Date | 4/29/2019 |
| Title | *Esmeralda Lara v. Lazer Spot, Inc.* | | |

Present: The Honorable    VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

Travis Hodgkins    Daniel C. Whang

**Proceedings:**   PLAINTIFF'S MOTION TO REMAND; [ECF # 16]

Matter called. Counsel for the parties are present as referenced above. Court Issue's tentative ruling and invites oral argument of Counsel. The Court having heard from counsel, takes the matter under submission. Court will issue final ruling.

**IT IS SO ORDERED.**